**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**March 27, 2012**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

─────────────────────────

STATE OF OKLAHOMA, et al.,

        Petitioners,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

        Respondent.

------------------------------

SIERRA CLUB,

        Intervenor - Respondent.

No. 12-9526

─────────────────────────

OKLAHOMA GAS & ELECTRIC
COMPANY,

        Petitioner,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

        Respondent.

------------------------------

SIERRA CLUB,

        Intervenor - Respondent.

No. 12-9527

---

## ORDER

---

The "Motion to Intervene by Sierra Club" filed in connection with the consolidated proceedings, Case Nos. 12-9526 and 12-9527, is granted. The Sierra Club is granted intervenor status and will be permitted to file an intervenor's brief, as follows.

Within 30 days after the United States Environmental Protective Agency ("EPA") has served its consolidated answer brief, the Sierra Club is granted leave to file a brief not to exceed 4000 words in length. The Sierra Club is encouraged to adopt parts of the brief of the EPA. *See* Fed. R. App. P. 28(i). The word count of the brief shall be certified in compliance with Fed. R. App. P. 32(a)(7)(C).

The due date for the consolidated reply brief of the petitioners will be based off the service date of the brief filed by the Sierra Club.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by:
Douglas E. Cressler,
Chief Deputy Clerk

2